92 F.3d 1174
 U.S.
v.
One Parcel of Property Known as R.R. Box 502, Carbondale,
Lackawanna County, Pennsylvania, Norman E. Wenger; U.S. v.
One Parcel of Property Known as Lot 6, Kings Grant Estates,
1.03 Acres Located in Greenfield Township, Lackawanna County
Pennsylvania, Community Bank & Trust Co., Norman E., Norman
E. Wenger, M.D.; U.S. v. One Parcel of Property Known as
R.R. Box 502, Carbondale, Lackawanna County, Pennsylvania,
Norman E. Wenger, Norman E. Wenger, M.D.
 NOS. 95-7525, 95-7539, 95-7545
 United States Court of Appeals,
Third Circuit.
 July 23, 1996
 
 Appeal From: M.D.Pa., Nos. 94-cv-01332, 94-cv-01331,
 Kosik, J.
 
 
 1
 AFFIRMED.